# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRIMBLE, JR., JAMES T. | U.S. DISTRICT COURT | 04/07/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. SENIOR DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 Murray Street Suite 211 Alexandria, LA 71301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Trimble Jr., James T.

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Cal. Fed. Emp. Credit Union (Savings Acct) | A | Interest | J | T | | | | | |
| 2. Capital One | A | Interest | L | T | | | | | |
| 3. Raintree Assoc, Ltd Partnership | | None | J | W | | | | | |
| 4. U.S. Savings Bonds - Series EE | | None | K | T | | | | | |
| 5. Exxon Corp. Stock | B | Dividend | L | T | | | | | |
| 6. Equitable Life (S. Prem) | | None | K | T | | | | | |
| 7. New Perspective Fund (IRA) | | None | J | T | | 10/19/09 | J | | See Par. VIII |
| 8. Citibank Deposit Program (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 9. Legg Mason Opp Trust (IRA) | | None | L | T | | 10/15/09 | L | | See Par. VIII |
| 10. American Balanced Fund (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 11. American Mutual Fund AMRMX (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 12. Euro-Pacific Growth Fund (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 13. Growth Fund of America (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 14. Income Fund of America (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 15. Washington Mutual Inves Fund (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 16. Legg Mason Opportunity Trust | A | Dividend | K | T | | 10/15/09 | K | | See Par. VIII |
| 17. Legg Mason Value Trust | A | Dividend | J | T | | 10/15/09 | J | | See Par. VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Legg Mason Special Investment Trust | A | Dividend | L | T | | 10/15/09 | L | | See Par. VIII |
| 19. Am. Cap. Strategies (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 20. Helios High Income Fd | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 21. Apollo Inv. Corp (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 22. HRPT Properties | A | Dividend | J | T | | 10/15/09 | J | | See Par. VIII |
| 23. Verizon (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 24. Citibank Deposit Program | A | Interest | J | T | | 10/15/09 | J | | See Par. VIII |
| 25. Citigroup | A | Dividend | J | T | | 10/15/09 | J | | See Par. VIII |
| 26. General Electric | A | Dividend | J | T | | 10/15/09 | J | | See Par. VIII |
| 27. Pfizer, Inc. | A | Dividend | J | T | | 10/15/09 | J | | See Par. VIII |
| 28. Precision Drilling Trust (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 29. Capital One CD | B | Interest | | | Redeemed | 10/22/09 | K | | |
| 30. Ares Capital Corp | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 31. Legg Mason Emerging Mkt (IRA) | | None | K | T | | 10/15/09 | K | | See Par. VIII |
| 32. Murphy Oil Corporation | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 33. Barksdale Federal Credit Union | A | Interest | J | T | | | | | |
| 34. Barksdale Federal Credit Union CD | A | Interest | | | Redeemed | 09/28/09 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Barksdale Federal Credit Union CD | A | Interest | | | Redeemed | 12/02/09 | J | A | |
| 36. Fairpoint Communications (IRA) | | None | J | T | | 10/15/09 | J | | See Par. VIII |
| 37. Fidelity Portfolio Advisory Service (IRA) | | None | M | T | | | | | NO CONTROL - See Par. VIII |
| 38. LPL Strategic Asset Mgmt (IRA) | | None | M | T | | | | | NO CONTROL-See Par. VIII |
| 39. LPL Strategic Asset Mgmt | A | Dividend | L | T | | | | | NO CONTROL-See Par. VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Until October, 2009, investments shown as #7-28, 30, 31, 32 and 36 had been with Morgan Stanley Smith Barney. On the dates indicated, all IRA and individual holdings were rolled over (IRA) or transferred (individual) to LPL Financial. On October 28, 2009, LPL Financial partially liquidated IRA assets (Code M) and rolled over to Fidelity Portfolio Advisory Services. LPL placed remaining IRA assets (Code M) in its Strategic Asset Management and did likewish with the individual assets (Code L) that it had received by transfer from Morgan Stanley Smith Barney. All of this was done per my instructions, as I no longer wanted to have any part in managing my assets (selection of investments, buying, selling, etc.) Both the Fidelity and LPL entities now have complete control of these assets.

My main purpose for the above was the hope that new investment firms would improve the abysmal record of the old one. A fringe benefit, per advice from the Financial Disclosure Office, is that I can simply report the total amounts in each entity at year's end and state "no control" to satisfy reporting requirements.

| Name of Person Reporting | Date of Report |
| --- | --- |
| TRIMBLE, JR., JAMES T. | 04/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544